**DISMISS and Opinion Filed August 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00694-CV**

**DAVID JOACHIM, Appellant**
**V.**
**FRIEDMAN & FEIGER, L.L.P., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13421**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

We reinstate this appeal. In August 2019, we abated this case due to the suggestion of bankruptcy filed by Joachim. *See* TEX. R. APP. P. 8.2.

An independent review of the federal Public Access to Court Electronic Records (PACER) system shows no pending bankruptcy proceeding associated with this appeal. We notified the parties by letter dated May 7, 2021, requesting they inform the Court of the status of this appeal. When no one responded, we then sent a second letter, dated July 21, 2021, informing the parties that the appeal would be reinstated and dismissed for want of prosecution within ten days unless we heard from either party. *See id*. 42.3(b),(c). To date, no party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b), (c); *Gibbs v. Bank One, Tex.*, 2021 WL 1747855, at *1 (Tex. App.—Dallas May 4, 2021, no pet.) (mem. op.).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190694F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID JOACHIM, Appellant

No. 05-19-00694-CV      V.

FRIEDMAN & FEIGER, L.L.P.,
Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-14-13421.
Opinion delivered by Justice
Reichek. Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee FRIEDMAN & FEIGER, L.L.P. recover its
costs of this appeal from appellant DAVID JOACHIM.

Judgment entered August 24, 2021